1

2

3

4

5                    UNITED STATES DISTRICT COURT

6                         DISTRICT OF OREGON

7                         PORTLAND DIVISION

8

9   BAODING TIANWEI GROUP CO., LTD, a          No. 3:07-cv-00862-HU
    foreign entity,
10                                                    **OPINION AND
                                                        ORDER**
11              Plaintiff,

12       v.

13  PACIFICORP, an Oregon corporation,

14              Defendant.
    _____

15  PACIFICORP, an Oregon corporation,

16              Third-Party Plaintiff,

17       v.

18  WINBO INTERNATIONAL CORP., a
    California corporation; SUPER
19  POWER EQUIPMENT CO., a California
    corporation,
20
                Third-Party Defendants.
21  _____

22  SUPER POWER EQUIPMENT CO., a
    California Corporation,
23
                Counter-Claimant
24
         v.
25
    BAODING TIANWEI GROUP CO., LTD, a
26  foreign entity,

27              Counter-Defendant.
    _____
28

    Page 1 - OPINION AND ORDER

HUBEL, Magistrate Judge:

Plaintiff Baoding Tianwei Group Co., Inc. ("Baoding") originally brought this action against Defendant Pacificorp ("Pacificorp") on June 11, 2007, asserting claims for breach of contract based on Pacificorp's alleged failure to pay in full for two electrical transformers purchased from Baoding. In October 2007, the Court granted Pacificorp's motion to join Winbo International Corporation ("Winbo") and Superpower Equipment Company ("Superpower") as third-party defendants.

On September 10, 2008, the Court issued an order (1) granting Pacificorp's motion for summary judgment because it had met its obligations to Baoding; and (2) at Winbo's request, staying this case and compelling arbitration of the dispute between Winbo and Baoding before the Chinese International Economic and Trade Arbitration Committee ("CIETAC"). Since then, Baoding has made several attempts to arbitrate its claims against Winbo and Superpower, with varying degrees of cooperation of Winbo and Superpower. The CIETAC has not arbitrated the claims. As a result, Baoding filed a motion to lift the stay and allow counterclaims on April 5, 2013—which is now before the Court. No opposition was filed by Winbo or Superpower, whose counsel recently withdrew their representation. Prior to withdrawal, counsel for Winbo and Superpower represented to the Court that his contact for those two parties communicated to counsel that neither corporation would retain counsel to represent it and proceed with this case, nor would either corporation respond in any way to Baoding's motion (ECF No. 191). Having considered Baoding's moving papers, and the authorities provided therein, and the history of this litigation,

Page 2 - OPINION AND ORDER

1  the Court hereby GRANTS Baoding's motion (ECF No. 191) to lift the

2  stay and allow counterclaims.

3       Dated this 24th day of April, 2013.

5                                        DENNIS J. HUBEL
                                         United States Magistrate Judge

Page 3 - OPINION AND ORDER